**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1319**

---

JERRY L. GENT,

Plaintiff - Appellant,

versus

PAT L. SMITH,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (MISC-97-1-A)

---

Submitted:  May 1, 1997                    Decided:  May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerry L. Gent, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting leave to proceed in forma pauperis yet imposing a partial filing fee. Appellant also seeks leave to proceed in forma pauperis on appeal and recusal of the district court judge. We have reviewed the record and the district court's opinion imposing the partial filing fee and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gent v. Smith</u>, No. MISC-97-1-A (W.D. Va. Feb. 24, 1997). Additionally, we grant Appellant leave to proceed in forma pauperis on appeal. Further, Gent has not shown extrajudicial, personal bias; therefore, we deny his motion requesting judicial recusal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>